# EXHIBIT 3

# FAIRSHARE SOLUTIONS
## *Positively Different*

January 30, 2024

Dear Maggie,

I hope this message finds you as well as can be expected during such a challenging time. First and foremost, please accept my deepest condolences for the loss of your beloved Harry. His presence and contributions to Fairshare were invaluable, and I share in the sorrow while missing him terribly. As you know, for eleven years, we spoke just about every business day, and through those conversations, I truly got to know and love him. I considered Harry a reliable friend and a true Renaissance Man!

I am writing to you today not only as a co-founder of Fairshare but also as someone who deeply respects the legacy and vision that Harry helped create. The impact of his leadership and dedication to our company is immeasurable, and I am committed to preserving and carrying forward the values he stood for and the vision we shared.

In light of the situation, I wanted to bring to your attention the key-man insurance policy that was wisely secured for Harry. In accordance with the corporate resolution we had in place, the debt owed to Whitebriar will be taken care of and other debt owed by Fairshare. Following this process, there remains a surplus amount that, as per our resolution, is designated for you for disbursement at your sole discretion.

Understanding the complexity of this moment, I would like to discuss a proposal that I believe aligns with Harry's vision for the future of Fairshare. We are at a critical juncture where additional resources can significantly contribute to the sustainability and growth of the business.

In earlier conversations with Harry, I came to understand that there would be a source of funds available for Fairshare in the event of an untimely passing. Those conversations centered around it being my choice to either shut down the business or continue on. Additionally, on the morning of January 9th when you called to give me the news of Harry's passing, you acknowledged the presence of the policy and mentioned that there would be "...some money for Fairshare."

As I endeavor to strategically plan for which of those two avenues is likely (going forward or winding down), the decision is largely predicated on what you ultimately decide regarding the share of the 'key-man' policy. I would be grateful for the opportunity to meet with you at your earliest convenience to discuss the legacy of Fairshare and how an assist to Fairshare will ensure the realization of Harry's intentions. My desire is to handle this matter with the utmost sensitivity and transparency, taking into consideration your thoughts and wishes."

Warm Regards,

*Dennis*