# EXHIBIT 4



Thomas A. Rockwell
Direct Line: 508-790-5440
Fax: 617-310-9277
E-mail: trockwell@nutter.com

March 8, 2024
0118990-00001

Mr. Dennis F. Rogers
Fairshare Solutions, LLC
529 Seven Bridges Road, Suite 300
E. Stroudsburg, PA 18301

Re:   Transamerica Policy – Van Sciver

Dear Dennis:

Please be advised that the claim form for the Transamerica Policy on the life of Harry Van Sciver was mailed to Transamerica on February 16, 2024. Consequently, you will likely be receiving a check for the death benefits within the next week or so.

When you receive the check, please endorse the check on behalf of Fairshare Solutions, LLC, but <u>do not deposit</u> the check into a Fairshare account. The endorsement should simply read "Fairshare Solutions, LLC, by Dennis F. Rogers, President" with no additional annotations. After you sign, please return the endorsed check to me in the enclosed Federal Express pouch. I will process the check through our firm's escrow account and distribute the proceeds to Maggie, in accordance with the June 4, 2021 Agreement. At that point I will coordinate with you to have Maggie sign any documents that may be necessary to release all of Harry's interests in Fairshare to you, making you the sole owner of the Company.

If you have any questions, please feel free to call.

With best regards,

Very truly yours,

Thomas A. Rockwell

TAR:tar

cc:  Ms. Margaret G. Van Sciver

6531020.1