UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FAIRSHARE SOLUTIONS, LLC, | : | |
| *Plaintiff/Counterclaim Defendants*, | : | |
| | : | |
| Vs. | : | |
| | : | C.A. No. 1:24-cv-00140-WES-PAS |
| MARGARET G. VAN SCIVER, in her | : | |
| capacity as EXECUTRIX OF THE | : | |
| ESTATE OF HARRY B. VAN SCIVER and | : | |
| MARGARET G. VAN SCIVER, individually, | : | |
| *Defendants/Counterclaim Plaintiffs/* | ; | |
| *Third Party Plaintiffs*, | : | |
| | : | |
| Vs. | : | |
| | : | |
| DENNIS F. ROGERS, in his capacity as a | : | |
| Member of Fairshare Solutions, LLC, | : | |
| *Third Party Defendant*. | : | |

## CONSENT ORDER

Now comes Fairshare Solutions, LLC, Dennis F. Rogers, in his capacity as a Member of Fairshare Solutions, LLC, Margaret G. Van Sciver, in her capacity as Executrix of the Estate of Harry B. Van Sciver, and Margary G. Van Sciver, individually (collectively the "Parties") and hereby agree as follows:

1.) The Expedited Scheduling Text Order entered on July 19, 2024 may be stayed immediately based upon the Parties' agreement to participate in mediation in the United States District Court for the District of Rhode Island ("USDCRI").

2.) With permission from this Court, the Evidentiary Hearing scheduled for August 7, 2024 may be stayed based upon the Parties agreeing to participate in mediation in the USDCRI.

3.) That Fairshare Solutions, LLC and Dennis F. Rogers will immediately wire $32,763.59 from the Washington Trust Bank Account, Routing No. 011500858 and Account No. 97175830 to Andrew R. Bilodeau, Esq. for deposit in his IOLTA Account.

4.) That Andrew R. Bilodeau, Esq. shall retain $10,000.00 of those funds in his IOLTA Account for legal services rendered in connection with his representation of Fairshare Solutions, LLC and Dennis F. Rogers in the above-captioned litigation.

5.) That Andrew R. Bilodeau, Esq. shall transfer a total of $872,763.59 from his IOLTA Account to the USDCRI Court Registry Investment System ("CRIS") as security in the above-captioned matter.

6.) That the scheduled depositions of Andrew Worthington, Dennis Rogers and Margaret Van Sciver are hereby postponed, pending the results of the contemplated mediation.

7.) That the Parties agree to submit to mediation within thirty (30) days of the date this Consent Order, pending availability of the Court.

8.) Fairshare Solutions, LLC and Dennis F. Rogers agree not to proceed with the filing of any Bankruptcy or Receivership petitions prior to the Parties proceeding through mediation in the USDCRI.

9.) Nothing herein shall be construed as a waiver of the Parties' rights, claims and defenses in this matter.

| | |
|---|---|
| Plaintiffs/Counterclaim Defendant/ Third Party Defendants, Fairshare Solutions, LLC and Dennis F. Rogers, in his capacity as a Member of Fairshare Solutions, LLC By Their Attorneys, | Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs, Margaret G. Van Sciver, in her capacity as Executrix of the Estate of Harry B. Van Sciver and Margaret G. Van Sciver, individually, By their Attorneys, |
| */s/ Andrew R. Bilodeau* <br> Andrew R. Bilodeau, Esquire (#7174) <br> Ryanna T. Capalbo, Esquire (#8314) <br> Bilodeau Capalbo, LLC <br> 1350 Division Road, Suite 102 <br> West Warwick, RI 02893 <br> (401) 300-4055 <br> (401)633-7511 Fax <br> abilodeau@bilodeaucapalbo.com <br> rcapalbo@bilodeaucapalbo.com | */s/ Matthew T. Oliverio* <br> Matthew T. Oliverio, Esquire (#3372) <br> Gina Renzulli Lemay, Esquire (#7405) <br> OLIVERIO & MARCACCIO LLP <br> 30 Romano Vineyard Way, Suite 109 <br> North Kingstown, RI 02852 <br> (401) 861-2900 <br> (401) 861-2922 Fax <br> mto@om-rilaw.com <br> grl@om-rilaw.com |

PER ORDER:

_____
William E. Smith, U.S. District Judge

Date: July 31, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Rhode Island on the 30th day of July 2024 and is available for viewing and downloading from the Electronic Case Filing system. A copy of the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as nonregistered participants.

                                                    /s/ Matthew T. Oliverio

3